JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN PAYNE and JOHNNY WILLIAMS, individually and on behalf of other similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br><br>PDM STEEL SERVICE CENTERS, INC.; and DOES 1 through 25 inclusive,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-00130-PVC<br><br>**ORDER REMANDING AND ADMINISTRATIVELY CLOSING CASE**<br><br>**[NOTE CHANGES MADE BY THE COURT]** |

## ORDER

On September 23, 2025, the Parties to the above-referenced action filed a Stipulation to Remand (the "Stipulation"). The Court, having reviewed the Stipulation, and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;

2. Central District of California Case Number 2:25-cv-00130-PVC entitled CALVIN PAYNE AND JOHNNY WILLIAMS V. PDM STEEL SERVICE CENTERS, INC. is hereby remanded to the Superior Court of California, County of Los Angeles for settlement approval purposes.

3. If the Superior Court of the State of California for the County of Los Angeles does not approve the Settlement as requested by the Parties, a Judgment is not entered in the action in state court, or either Party withdraws from the Settlement, the Parties will revert to their respective status as of the date and time immediately prior to the execution of the long-form settlement agreement such that the Parties will revert to the litigation of the action in this Court.

4. The Court therefore ORDERS that this case shall be administratively closed subject to a motion by either party to reopen the action *nunc pro tunc*. The Clerk is directed to close the case.

IT IS SO ORDERED.

Date: September 24, 2025

_____
Honorable Pedro V. Castillo
United States Magistrate Judge